**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FREDERICK BANKS,
REG. #05711-068                                                                                                                                PLAINTIFF

v.                                          2:12-cv-00150-SWW-JTK

FEDERAL BUREAU OF PRISONS, et al.                                   DEFENDANTS

**ORDER**

Plaintiff, a federal inmate proceeding pro se, has been granted leave to proceed in forma pauperis in this federal civil rights (Bivens) action (Doc. No. 7), and has filed an Amended Complaint (Doc. No. 8) in accordance with the Court's July 31, 2012 Order. Having reviewed such, the Court finds service appropriate with respect to his deliberate indifference claims against Defendants Cuccio and Grahm.[1] Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendants Dr. Cuccio and Ms. Grahm. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 8) and summons on the Defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of September, 2012.

                                                                               JEROME T. KEARNEY
                                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Having reviewed the Amended Complaint, the Court finds Plaintiff states a claim of imminent danger of harm with respect to these two Defendants, pursuant to 28 U.S.C. Sect. 1915(g).

1