**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

FREDERICK BANKS,
REG. #05711-068                                                                                            PLAINTIFF

v.                                          2:12-cv-00150-SWW-JTK

FEDERAL BUREAU OF PRISONS, et al.                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants John Does, Federal Bureau of Prisons, Outlaw, Hoye, and the United States of America are DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's allegations of unconstitutional conditions of confinement are DISMISSED under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 13TH day of November, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE